1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR 02-168-1 PCT-RCB |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| | ) | **REVOKING SUPERVISED RELEASE** |
| vs. | ) | |
| John Anthony Griego | ) | |
| Defendant. | ) | |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violation of standard condition #1, paragraph A of the petition,

IT IS ORDERED revoking the defendant's supervised release and the defendant, John Anthony Griego, shall be committed to the custody of the Bureau of Prisons for a term of **TEN (10) MONTHS**.

IT IS FURTHER ORDERED no further supervised release to follow the prison sentence.

. . .

1 | The defendant is remanded into the custody of the United States Marshal's Service.
2 | The defendant is advised of his right to appeal within 14 days.
3 | DATED this 26th day of January, 2012.

_____
Robert C. Broomfield
Senior United States District Judge